IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES WIDTFELDT, | ) | CASE NO. 8:09CV88 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA EQUAL OPPORTUNITY COMMISSION, and NEBRASKA AGRICULTURAL FARMWORKERS, alias NAF MULTICULTURAL HUMAN DEVELOPMENT CORPORATION, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for Re-Hearing or New Trial (Filing No. 10). The Plaintiff filed a supplement to his motion (Filing No. 11).

In his motion, the Plaintiff objects to the Court's Memorandum and Order and Judgment entered on October 14, 2009, dismissing this case without prejudice.

IT IS ORDERED that the Plaintiff's Motion for Re-Hearing or New Trial (Filing No. 10) is denied.

DATED this 29th day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge